# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

June 16, 2016

153684

ROBERT HEXIMER,

        Plaintiff,

v

        SC: 153684
        AGC: 3447-06

ATTORNEY GRIEVANCE COMMISSION,

        Defendant.

_____

On order of the Chief Justice, plaintiff's motion for reconsideration of the order of May 25, 2016 is denied because it does not appear that the order was entered erroneously. Within 21 days of the certification of this order, plaintiff shall pay the initial partial filing fee of $16.00 as ordered. Failure to comply with the terms of this order shall result in administrative dismissal of plaintiff's appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2016

jam



Clerk